

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

April 8, 2020

**BY ECF**
The Honorable Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Wayne Ostrander**, 19 Cr. 682 (CS)

Dear Judge Seibel:

    The Government respectfully writes regarding the adjournment of the April 14, 2020, status conference in the above-referenced case. After conferring with Your Honor's chambers, the parties have agreed that in view of safety measures in place to limit the spread of COVID-19, the conference will be adjourned to June 2, 2020, at 12:00 p.m.

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from April 14, 2020, through and including June 2, 2020. The Government submits the exclusion of time is in the interests of justice, and will permit the parties to continue discussions regarding a potential disposition without the need for trial. Defense counsel has consented to this request.

    Very truly yours,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____
    Lindsey Keenan
    Assistant United States Attorney
    (914) 993-1907

cc:    *Jason Immanuel Ser, Esq. (by ECF)*

---

The time between today and 6/2/20 is hereby excluded under the Speedy Trial Act in the interests of justice. I find the ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable all concerned to abide by health measures necessitated by the corona virus pandemic and will enable the parties to continue their discussions regarding a possible disposition without trial.

SO ORDERED.

*Cathy Seibel*    4/8/20
CATHY SEIBEL, U.S.D.J.