UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

WAYNE OSTRANDER,
                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER OF RESTITUTION

19/20 Cr. 682 (CS)

       Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, Lindsey Keenan, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count Two of the above Indictment; and all other proceedings in this case, and upon the consent of WAYNE OSTRANDER, the Defendant, by and through his counsel, Jason Ser, Esq., and upon consideration of the factors set forth in Title 18, United States Code, Section 3664(f)(2), it is hereby ORDERED that:

       WAYNE OSTRANDER, the Defendant, shall pay restitution in the amount of $3,000.00 to the victims of the offense charged in Count Two. The names, addresses, and amount owed are set forth in the Schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: White Plains, New York
         November 12, 2020

                         SO ORDERED:

                         _____
                         HONORABLE CATHY SIEBEL
                         UNITED STATES DISTRICT JUDGE